UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Laura J. Reinbolt,                                     Case No. 3:20-cv-2270

                   Plaintiff

      v.                                                MEMORANDUM OPINION
                                                       AND ORDER

Commissioner of Social Security,

                   Defendant

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Jonathan D. Greenberg filed on November 3, 2021. (Doc. No. 19). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Greenberg's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Greenberg's conclusion that the ALJ did not err in overruling Plaintiff's post-hearing vocational expert report. Further, I agree the ALJ did not err when evaluating Plaintiff's subjective symptoms or the opinion evidence related to Plaintiff's mental impairments. Therefore, the Commissioner's decision is affirmed, and this case is dismissed.

So Ordered.

                                                                          s/ Jeffrey J. Helmick
                                                                          United States District Judge